```
                                              FILED
                                              February 15, 2008
    UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA       CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,          )
                                               )     Case No. CR. S-07-0515 WBS
           Plaintiff,             )
v.                                              )     ORDER FOR RELEASE OF
                                               )     PERSON IN CUSTODY
ARMANDO CHAVEZ,                    )
                                               )
           Defendant.           )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release ARMANDO CHAVEZ, Case No. CR. S-07-0515 WBS, Charge Title 21 USC §§ 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __      Release on Personal Recognizance

      X      Bail Posted in the Sum of $ 95,000 secured by real property.

             __      Unsecured Appearance Bond

             __      Appearance Bond with 10% Deposit

             __      Appearance Bond with Surety

             __      Corporate Surety Bail Bond

      X      (Other)     with pretrial supervision and conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 15, 2008 at 1:10 pm.

By _____
     Dale A. Drozd
     United States Magistrate Judge