THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone: (916) 422-4022
Attorney for Defendant Armando Chavez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMANDO CHAVEZ,<br><br>        Defendant | Case No.: 2:07-cr-00515 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:   January 4, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 4, 2010 at 8:30 a.m. is to be continued to March 8, 2010 a.m. in the same courtroom. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree and stipulate to a continuance of the judgment and sentencing.

It is further stipulated that the period from the date of this stipulation through and including March 8, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: December 7, 2009                                      /s/  Thomas A. Johnson_____
                                                                                  THOMAS A. JOHNSON
                                                                                  Attorney for Defendant
                                                                                  ARMANDO CHAVEZ

1 | DATE:  December 7, 2009

LAWRENCE G. BROWN
United States Attorney

2
3 | By:     /s/   Thomas A. Johnson for
MICHAEL BECKWITH
Assistant U.S. Attorney

4

5 | The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

6

7 | Date of Referral to Probation Officer:            September 28, 2009_____
                                                    (Date of Plea or Verdict)

8

9 | Judgment and Sentencing date:                    March 8, 2010 at 8:30 a.m._____

10 | Motion for Correction of the Pre-Sentence
Report shall be filed with the court and            March 1, 2010_____
11 | served on the Probation Officer and opposing
counsel no later than:

12

13 | The Pre-Sentence Report shall be filed with
the court and disclosed to counsel no later         February 22, 2010_____
14 | than:

15 | Counsel's written objections to the Pre-
Sentence Report shall be delivered to the           February 15, 2010_____
16 | Probation Officer and opposing counsel
17 | no later than:

18 | The proposed Pre-Sentence Report                    February 1, 2010_____
shall be disclosed to counsel no later than:
19

20

21 | **IT IS SO ORDERED.**

22

23
Dated:  December 9, 2009
24

25 | *[signature]*
WILLIAM B. SHUBB
26 | UNITED STATES DISTRICT JUDGE

27

28

STIPULATION AND ORDER             - 2 -