1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, California  95814
   Telephone:  (916) 422-4022
3  Attorney for Defendant Armando Chavez

4

5  IN THE UNITED STATES DISTRICT COURT

6  FOR THE EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Case No.: 2:07-cr-00515 WBS |
| )  |  |
| Plaintiff,  )  | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| )  |  |
| v.  )  |  |
| )  |  |
| ARMANDO CHAVEZ,  )  | Date:   March 8, 2010 |
| )  | Time:   8:30 a.m. |
| Defendant  )  | Judge:  Hon. William B. Shubb |
| )  |  |

14   **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment
15  and Sentencing scheduled for March 8, 2010 at 8:30 a.m. is to be continued to April 26, 2010
16  a.m. in the same courtroom. Michael Beckwith, Assistant United States Attorney, and Thomas
17  A. Johnson, Defendant's attorney, both agree and stipulate to a continuance of the judgment and
18  sentencing.
19      The parties stipulate and agree that the interests of justice served by granting this
20  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
21  U.S.C. § 3161(h)(7)(A).  It is further stipulated that the period from the date of this stipulation
22  through and including April 26, 2010, be excluded in computing the time within which trial must
23  commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
24  Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

//

//

DATE: March 3, 2010 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
ARMANDO CHAVEZ

DATE: March 3, 2010 LAWRENCE G. BROWN
United States Attorney

By: /s/ Thomas A. Johnson for
MICHAEL BECKWITH
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: March 4, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE