THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Armando Chavez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO CHAVEZ,<br><br>　　　　　Defendant | Case No.: 2:07-cr-00515 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:　　April 26, 2010<br>Time:　　8:30 a.m.<br>Judge:　　Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 26, 2010 at 8:30 a.m. is to be continued to June 14, 2010 at 8:30 a.m. in the same courtroom. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree and stipulate to a continuance of the judgment and sentencing.

　　　　The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  It is further stipulated that the period from the date of this stipulation through and including June 14, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

　　　　**IT IS SO STIPULATED.**

//

//

STIPULATION AND ORDER　　　　- 1 -

1 | DATE: April 22, 2010 /s/ Thomas A. Johnson
2 | THOMAS A. JOHNSON
  | Attorney for Defendant
3 | ARMANDO CHAVEZ
4 |
5 | DATE: April 22, 2010 LAWRENCE G. BROWN
  | United States Attorney
6 | By: /s/ Thomas A. Johnson for
7 | MICHAEL BECKWITH
  | Assistant U.S. Attorney
8 |
9 | **IT IS SO ORDERED.**
10 |
11 | Dated: April 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE