1  THOMAS A. JOHNSON, #119203
2  400 Capitol Mall, Suite 1620
   Sacramento, California 95814
3  Telephone: (916) 422-4022
   Attorney for Defendant Armando Chavez
4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,        )  Case No.: 2:07-cr-00515 WBS
                                    )
9              Plaintiff,           )  STIPULATION AND ORDER TO
                                    )  CONTINUE JUDGMENT AND
10       v.                         )  SENTENCING
                                    )
11 ARMANDO CHAVEZ,                  )  Date:  September 13, 2010
                                    )  Time:  8:30 a.m.
12             Defendant            )  Judge: Hon. William B. Shubb
                                    )

13

14       **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment
15 and Sentencing scheduled for September 13, 2010 at 8:30 a.m. is to be continued to November 1,
16 2010 at 8:30 a.m. in the same courtroom. Michael Beckwith, Assistant United States Attorney,
17 and Thomas A. Johnson, Defendant's attorney, both agree and stipulate to a continuance of the
18 judgment and sentencing.

19       The parties stipulate and agree that the interests of justice served by granting this
20 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
21 U.S.C. § 3161(h)(7)(A). It is further stipulated that the period from the date of this stipulation
22 through and including November 1, 2010, be excluded in computing the time within which trial
23 must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
24 Local Code T2 and T4 for continuity and preparation of counsel.

25

26       **IT IS SO STIPULATED.**
27 //
28 //

                    STIPULATION AND ORDER        - 1 -

1  DATE:  September 10, 2010                                   /s/  Thomas A. Johnson
                                                               THOMAS A. JOHNSON
2                                                              Attorney for Defendant
                                                               ARMANDO CHAVEZ
3

4
   DATE:  September 10, 2010                                   BENJAMIN B. WAGNER
5                                                              United States Attorney

6                                                By:            /s/   Thomas A. Johnson for
                                                               MICHAEL BECKWITH
7                                                              Assistant U.S. Attorney

8
          **IT IS SO ORDERED.**
9

10

11 Dated:  September 10, 2010

12
                                                   WILLIAM B. SHUBB
13                                                 UNITED STATES DISTRICT JUDGE