THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Armando Chavez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ARMANDO CHAVEZ,<br><br>        Defendant | Case No.: 2:07-cr-00515 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:   April 25, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 22nd, 2011 at 8:30 a.m. is to be continued to April 25th, 2011 at 8:30 a.m. in the same courtroom. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree and stipulate to a continuance of the judgment and sentencing.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). It is further stipulated that the period from the date of this stipulation through and including April 25th, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

//

//

STIPULATION AND ORDER            - 1 -

1 | DATE: February 17, 2011                    /s/ Thomas A. Johnson
2 |                                             THOMAS A. JOHNSON
3 |                                             Attorney for Defendant
                                                ARMANDO CHAVEZ

4 |
5 | DATE: February 17, 2011                    BENJAMIN B. WAGNER
                                                United States Attorney
6 |
                                      By:      /s/ Thomas A. Johnson for
7 |                                             MICHAEL BECKWITH
                                                Assistant U.S. Attorney
8 |
9 |       **IT IS SO ORDERED.**

10 |
11 | Dated:  February 18, 2011

12 |
13 |                                           WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE