1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, California  95814
   Telephone:  (916) 422-4022
3  Attorney for Defendant Armando Chavez

4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,      )  Case No.: 2:07-cr-00515 WBS
                                   )
9         Plaintiff,               )  STIPULATION AND ORDER TO
                                   )  CONTINUE JUDGMENT AND
10    v.                           )  SENTENCING
                                   )
11 ARMANDO CHAVEZ,                 )  Date:   May 31, 2011
                                   )  Time:   8:30 a.m.
12        Defendant                )  Judge:  Hon. William B. Shubb
                                   )
13

14      **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment

15 and Sentencing scheduled for April 25, 2011 at 8:30 a.m. is to be continued to May 31, 2011 at

16 8:30 a.m. in the same courtroom. Michael Beckwith, Assistant United States Attorney, and

17 Thomas A. Johnson, Defendant's attorney, both agree and stipulate to a continuance of the

18 judgment and sentencing. Mr. Johnson is currently in a three defendant homicide trial in state

19 court, which is expected to end May 12, 2011.

20      The parties stipulate and agree that the interests of justice served by granting this

21 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

22 U.S.C. § 3161(h)(7)(A).  It is further stipulated that the period from the date of this stipulation

23 through and including May 31, 2011, be excluded in computing the time within which trial must

24 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

25 Code T4 for continuity and preparation of counsel.

26

27      **IT IS SO STIPULATED.**

28 //

                      STIPULATION AND ORDER         - 1 -

1  //

2  DATE:  April 21, 2011                                        /s/  Thomas A. Johnson
3                                                               THOMAS A. JOHNSON
                                                                Attorney for Defendant
4                                                               ARMANDO CHAVEZ

5
   DATE:  April 21, 2011                                        BENJAMIN B. WAGNER
6                                                               United States Attorney

7                                              By:               /s/ Thomas A. Johnson for
                                                                MICHAEL BECKWITH
8                                                               Assistant U.S. Attorney

9
            **IT IS SO ORDERED.**
10

11

12  Dated: April 22, 2011

13
14                                             WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
15