THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Armando Chavez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ARMANDO CHAVEZ,<br><br>   Defendant | Case No.: 2:07-cr-00515 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:  May 31, 2011<br>Time:  8:30 a.m.<br>Judge:  Hon. William B. Shubb |
|---|---|

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 25, 2011 at 8:30 a.m. is to be continued to May 31, 2011 at 8:30 a.m. in the same courtroom. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree and stipulate to a continuance of the judgment and sentencing. Mr. Johnson is currently in a three defendant homicide trial in state court, which is expected to end May 12, 2011.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  It is further stipulated that the period from the date of this stipulation through and including May 31, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

//

1 | //

2 | DATE: April 21, 2011                                                    /s/ Thomas A. Johnson
3 |                                                                         THOMAS A. JOHNSON
    |                                                                         Attorney for Defendant
4 |                                                                         ARMANDO CHAVEZ

5 |
6 | DATE: April 21, 2011                                                    BENJAMIN B. WAGNER
    |                                                                         United States Attorney
7 |                                                       By:               /s/ Thomas A. Johnson for
    |                                                                         MICHAEL BECKWITH
8 |                                                                         Assistant U.S. Attorney

9 |
10 |    **IT IS SO ORDERED.**

11 |

12 | Dated: April 22, 2011

13 |
14 |                                                 WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE