Thomas A. Johnson, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
taj@tomjohnsonlaw.com

Attorneys for Defendant
ARMANDO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARMANDO CHAVEZ,<br><br>　　　　Defendant. | Case No.: 2:07-cr-00515-02 WBS<br><br>MOTION AND ORDER FOR EXONERATION OF THE PROPERTY BOND |

**REQUEST TO EXONERATE THE PROPERTY BOND**

On February 15, 2008, Rosa Chavez posted her property located at 912 Sandemara Street Sacramento, CA 95838 on behalf of Armando Chavez to satisfy the $95,000 appearance bond.  *See* ECF Doc. No. 69.  On March 16, 2015, the Court signed the order terminating the above-entitled case.  Therefore, it is hereby requested that the appearance bond be exonerated for the property, and that the Clerk of the District Court be directed to re-convey the property back to Chicago Title Company.

Dated:  October 18, 2022

Respectfully Submitted,

LAW OFFICE of THOMAS A. JOHNSON

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Counsel for Defendant

## ORDER

**IT IS HEREBY ORDERED** that the appearance bond secured by a Deed of Trust against the real property located at 912 Sandemara Street Sacramento, CA 95838, is hereby exonerated. The Clerk of the Court is directed to re-convey the property back to Chicago Title Company and mail the Deed of Trust to the following address:

    Chicago Title Company

    5650 Sunrise Blvd, Suite 200

    Citrus Heights, CA 95610.

Dated:  October 20, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE